# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0397
LT Case No. 2021-CF-1683-A

_____

MICHAEL SMITH,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

Michael Lamont Smith, Orlando, pro se.

No Appearance for Appellee.

August 13, 2024

PER CURIAM.

    AFFIRMED.

SOUD, KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____